## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02303-JLK

KRISTEN CLAYTON,

    Plaintiff,

v.

MRS BPO, LLC, a New Jersey limited liability company, d/b/a MRS Associates,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

BY THE COURT:

September 12, 2014    *s/John L. Kane*_____
DATE    U.S. DISTRICT JUDGE